```
                                                      CLERK'S OFFICE U.S. DIST. COURT
                                                           AT ROANOKE, VA
                                                                FILED
         IN THE UNITED STATES DISTRICT COURT          NOV 30 2006
        FOR THE WESTERN DISTRICT OF VIRGINIA
                  ROANOKE DIVISION                    JOHN F. CORCORAN, CLERK
                                                      BY:
                                                          DEPUTY CLERK
```

DON MCKINNEY,                )
    Petitioner,          )    Civil Action No. 7:06-cv-00702
                             )
v.                           )    **FINAL ORDER**
                             )
UNNAMED RESPONDENT           )    By: Hon. James C. Turk
    Respondent.          )    Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above action, which the court construes as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging the validity of his confinement in a mental health facility, shall be and hereby is **DISMISSED** without prejudice and is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 30th day of November, 2006.

                                                        /s/ James C. Turk
                                                        Senior United States District Judge